**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>*HAROLD A. ACKERMAN*<br>SENIOR JUDGE | **UNITED STATES DISTRICT COURT**<br>**POST OFFICE BOX 999**<br>**NEWARK, NEW JERSEY 07101-0999** |

May 6, 2008

**RE:**   *United States v. Delle Donna*, Criminal No. 07-784

<u>**TO ALL COUNSEL OF RECORD**</u>

Dear Counsel:

  On May 5, 2008, counsel for Defendants David Delle Donna and Anna Delle Donna jointly filed a Notice of Motion for a New Trial and a Judgment of Acquittal (Doc. No. 84). No brief was filed with the motion. Instead, the Notice of Motion states that "defendants shall rely upon a brief, which shall be filed pursuant to a schedule set by the Court."

  Defendants shall file a brief in support of their joint motion no later than **May 9, 2008**. The Government's response shall be filed no later than **May 19, 2008**.

           SO ORDERED

           <u>/s/ Harold A. Ackerman</u>
           U.S.D.J.