**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>*HAROLD A. ACKERMAN*<br>**SENIOR JUDGE** | **UNITED STATES DISTRICT COURT**<br>**POST OFFICE BOX 999**<br>**NEWARK, NEW JERSEY 07101-0999** |

August 13, 2008

**RE:**    *United States v. Delle Donna*, Criminal No. 07-784

**TO ALL COUNSEL OF RECORD**

Dear Counsel:

     Sentencing in this matter is scheduled for September 4, 2008, at 11:00am. The Government and Defendants must file any sentencing memoranda no later than **August 25, 2008**.

SO ORDERED

/s/ Harold A. Ackerman
U.S.D.J.