# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
*HAROLD A. ACKERMAN*
SENIOR JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 999
NEWARK, NEW JERSEY 07101-0999

September 2, 2008

**RE:**   *United States v. Delle Donna*, Criminal No. 07-784

**TO ALL COUNSEL OF RECORD**

Dear Counsel:

I have received the letter from Mr. Lamparello requesting that Defendants' travel restrictions be amended to allow Defendants to travel to New York City solely for the purposes of medical care for David Delle Donna with respect to his recent medical condition. Mr. Delle Donna is scheduled to undergo surgery on September 2, 2008, and to remain in the hospital for several days. The Government has no objection to Defendants' request. Through my staff, the Court informed Mr. Lamparello's office that the Court approved Defendants' request.

This Letter Order memorializes the Court's approval. This Court hereby ORDERS that Defendants David Delle Donna and Anna Delle Donna be permitted to travel to New York City solely for the purposes of medical care associated with his recent medical condition. As stated in this Court's previous Letter Order, the Court expects regular updates on Mr. Delle Donna's condition.

SO ORDERED

/s/ Harold A. Ackerman
U.S.D.J.