**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>*HAROLD A. ACKERMAN*<br>SENIOR JUDGE | UNITED STATES DISTRICT COURT<br>POST OFFICE BOX 999<br>NEWARK, NEW JERSEY 07101-0999 |

October 2, 2008

**RE:**    *United States v. Delle Donna*, Criminal No. 07-784

**TO ALL COUNSEL OF RECORD**

Dear Counsel:

     I have received Mr. Lamparello's October 1, 2008 letter requesting a conference to consider Mr. Delle Donna's "additional healing time" and anticipated "radiation therapy" with regard to the scheduled sentencing date. I have carefully reviewed Dr. Wittig's medical report. The record reflects that the Court has been appropriately sympathetic to Mr. Delle Donna's medical needs. As Mr. Lamparello stated in his prior letter of September 23, 2008, sentencing for Mr. Delle Donna, and Mrs. Delle Donna, will proceed as scheduled on October 23, 2008 at 11:00am.

     SO ORDERED

     /s/ Harold A. Ackerman
     U.S.D.J.