UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANNA DELLE DONNA and,<br>DAVID DELLE DONNA,<br><br>Defendants. | Crim. No. 07-00784 (HAA)<br><br>**ORDER APPOINTING COUNSEL**<br>**FOR ANNA DELLE DONNA**<br>**UNDER THE CRIMINAL JUSTICE ACT** |

**THIS MATTER** having been brought before the Court on October 24, 2008, on the application of the Defendant, Anna Delle Donna, through her attorney, Brian J. Neary, Esq., for the appointment of assigned counsel under the *Criminal Justice Act*, with respect to any appeal of the conviction in the above captioned matter, and the United States having received notice of this application, Richard Constable and Thomas R. Calcagni, Assistant United States Attorneys appearing, and the Court having considered the defendant's financial status as set forth in the Presentence Report, and good cause having been shown,

IT IS ON THIS 29th DAY OF October , 2008,

ORDERED, that Brian J. Neary, Esq., be appointed as assigned counsel under the *Criminal Justice Act* for Anna Delle Donna for the purposes of any appeal.

_____
Honorable Harold A. Ackerman, U.S.D.J.